# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

       Plaintiff,

v.                               **ORDER**
                                Criminal File No. 19-168 (MJD/HB)

(1) ROBERTO LEE and
(6) DONALD JEFFREY GOODWIN,

       Defendants.

LeeAnn K. Bell, Assistant United States Attorney, Counsel for Plaintiff.

Thomas H. Shiah, Law Offices of Thomas H. Shiah, Ltd., Counsel for Defendant Roberto Lee.

Charles L. Hawkins, Charles Hawkins Law Office, Counsel for Defendant Donald Jeffrey Goodwin, Jr.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated October 16, 2019. Defendants Roberto Lee and Donald Jeffrey Goodwin, Jr., filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated October 16, 2019.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated October 16, 2019 [Docket No. 200].

2. Defendant Roberto Lee's Motion to Suppress Wiretap Intercepts [Docket No. 95] is **DENIED**.

3. Defendant Donald Jeffrey Goodwin, Jr.'s Motion for Disclosure of Wiretaps, Oral Communications or Other Electronic Eavesdropping [Docket No. 133] is **DENIED AS MOOT** as to the request for disclosure of evidence and **DENIED** as to the request for suppression of evidence.

Dated: December 11, 2019         s/ Michael J. Davis
                                 Michael J. Davis
                                 United States District Court